John W. SHERMAN, Petitioner-Appellant,

v.

Raymond W. MEIER, Warden, Respondent-Appellee.

No. 26823.

United States Court of Appeals,
Ninth Circuit.

June 21, 1972.

———◆———

Robert B. Gould, of Hubbard & Gould, Seattle, Wash., for petitioner appellant.

Charles W. Billinghurst, Asst. U. S. Atty., Tacoma, Wash., for respondent appellee.

Before CHAMBERS, BROWNING, and HUFSTEDLER, Circuit Judges.

PER CURIAM:

We affirm the district court's order dismissing appellant's habeas corpus petition on the ground that the petition did not state a claim for relief.

It is within the correctional institution's discretion to regulate the hair styles of the inmates in the manner alleged here. (*Cf.* Smith v. Schneckloth (9th Cir. 1969) 414 F.2d 680.)

The order is affirmed.